State v. Iseke ..................................... 27807      08/29/2008    Affirmed
State v. Kaahui ................................... 28487      08/29/2008    Affirmed